UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE RAMOS, individually and on behalf of all
other employees similarly situated; FRANCIS
RIVERA, individually and on behalf of all other
employees similarly situated; and GUILLERMO
IGNACIO, individually and on behalf of all
other employees similarly situated,
                Plaintiffs,

v.

GREENWICH CATERING CORP. d/b/a
Turkiss; EB2, INC. d/b/a Turkiss; MARK
KOHLER a/k/a Max; and CANTURK YILMAZ
a/k/a John,
                Defendants.
------------------------------------------------------------x

**JUDGMENT**

18 CV 4790 (VB)

The Court having adopted the Report and Recommendation of Magistrate Judge Sarah Netburn as the opinion of the Court; plaintiffs' motion for default judgment having been granted in part and denied in part; and plaintiffs' renewed motion for attorneys' fees and costs having been granted in part and denied in part, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** as to all defendants that plaintiff Jose Ramos shall be awarded $53,816.80 in damages; plaintiff Francis Rivera shall be awarded $20,893.99 in damages; plaintiff Guillermo Ignacio shall be awarded $26,784.00 in damages; and plaintiffs are awarded attorneys' fees and costs in the amount of $12,651.

Dated: February 20, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge